UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTONIA MARGARET GUAGLIARDO | CIVIL ACTION |
| VERSUS | No. 20-1060 |
| ANDREW SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION I |

### JUDGMENT AND ORDER OF REMAND UNDER SENTENCE FOUR

Upon examination of defendant's unopposed motion[1] to reverse and remand and review of the file, the Court finds that judgment should be entered reversing the decision of the Commissioner and remanding this case to him for further administrative proceedings pursuant to sentence four of section 405(g) of the Social Security Act, 42 U.S.C. § 405(g).  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Under 42 U.S.C. § 405(g), the Court has the authority to remand this case to the Commissioner for further proceedings.  Upon remand, the Commissioner shall re-evaluate Plaintiff's application and determine whether she is disabled.  Therefore,

**IT IS ORDERED** that the motion is **GRANTED** and it is **SO ADJUDGED AND DECREED**.

New Orleans, Louisiana, June 7, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 23.